UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN CHRISTOPHER COFFER,

Plaintiff,

v.

J. PURTLE,

Defendant.

No. 2:25-cv-1302 CKD P

ORDER

Plaintiff has filed a motion asking that the court enter default judgment as to defendant Purtle. Defendant is incorrect that Purtle was served process on June 16, 2025; that was the date the court issued the summons and forwarded it to the U.S. Marshal for service. Because there is no basis for entry of default, the motion (ECF No. 16) is DENIED.

Dated: August 26, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
coff1302.mfa