IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN COFFER,** | Case No. 2:25-cv-01302-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **J. PURTLE,** | |
| Defendant. | |

Good cause appearing, Defendants' *Ex Parte* Application for Continuation of the Post-Screening Early ADR Settlement Conference is GRANTED. The Court's Order Referring Case to Post-Screening Early ADR and Staying Case for 120 Days (ECF No. 19) shall be modified so that the case will remain stayed until January 6, 2026, to allow the parties to conduct a settlement conference on a mutually agreed date. All other dates and provisions of the Order shall remain in full force and effect.

Dated: November 5, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE